1 | Vanessa R. Waldref
2 | United States Attorney
  | Eastern District of Washington
3 | Caitlin Baunsgard
4 | Assistant United States Attorney
  | Post Office Box 1494
5 | Spokane, WA 99210-1494
6 | Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 10 2022

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

PEGGY LYNN NUMBERS,

Defendant.

**2:22-CR-0058-SMJ**

INDICTMENT

Vio.: 21 U.S.C. § 841(a)(1),
(b)(1)(A)(viii)
Possession with Intent to
Distribute 50 Grams or More of
Actual (Pure)
Methamphetamine

21 U.S.C. § 853
Forfeiture Allegations

The Grand Jury charges:

On or about or about April 8, 2020, in the Eastern District of Washington, the Defendant, PEGGY LYNN NUMBERS, knowingly possessed with the intent to distribute 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

INDICTMENT-1

## NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841, as set forth in this Indictment, Defendant PEGGY LYNN NUMBERS, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense.

If any forfeitable property, as a result of any act or omission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

//

//

//

INDICTMENT-2

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this 10th day of May, 2022.

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*Caitlin Baunsgard*
Caitlin Baunsgard
Assistant United States Attorney

INDICTMENT-3