# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 09, 2023

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Numbers, Peggy Lynn | Docket No. | 0980 2:22CR00058-TOR-1 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik B. Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Peggy Lynn Numbers, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the Court at Spokane, Washington, on the 23rd day of May 2022, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On May 26, 2022, the undersigned officer reviewed the conditions of pretrial release supervision with Ms. Numbers. Ms. Numbers acknowledged an understanding of the release conditions at that time.

**Violation #1:** Peggy Lynn Numbers is alleged to have violated the conditions of pretrial release by testing positive for the presence of amphetamine and methamphetamine on February 13, 2023.

On February 13, 2023, Ms. Numbers reported to Pioneer Human Services and provided a urine specimen that tested presumptive positive for the presence of amphetamine and methamphetamine. Ms. Numbers denied using any illegal controlled substances at that time. Subsequently, the urine specimen was sent to Alere Toxicology Services (Alere) for further analysis.

On February 23, 2023, Alere confirmed the above-noted urine specimen tested positive for the presence of amphetamine and methamphetamine.

On March 9, 2023, the undersigned officer confronted Ms. Numbers about the above-noted urine specimen. Ms. Numbers acknowledged that she located methamphetamine in some of her belongings and ingested the substance. In response to her use of methamphetamine, Ms. Numbers' drug testing expectations have been increased.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on:   March 9, 2023 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

Re: Numbers, Peggy Lynn
March 9, 2023
Page 2

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

3/9/23
Date