PROB 12C
(6/16)

Report Date:  March 25, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Mar 26, 2024

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Peggy Lynn Numbers            Case Number: 0980 2:22CR00058-TOR-1

Address of Offender: ███████████████ Spokane, Washington 99207

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: December 21, 2023

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1)(b)(1)(A)(viii) |
| Original Sentence: | Prison - 8 days;  TSR - 60 months  Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard    Date Supervision Commenced: December 21, 2023 |
| Defense Attorney: | David Matthew Miller    Date Supervision Expires: December 20, 2028 |

## PETITIONING THE COURT

To issue a warrant.

On December 21, 2023, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Ms. Numbers, as outlined in the judgment and sentence. She signed the judgment acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |
| | **Supporting Evidence**: On or about March 24, 2024, Peggy Numbers allegedly violated special condition number 5 by consuming alcohol. |
| | On the evening of March 24, 2024, law enforcement made contact with the offender after her vehicle was discovered at a complete stop in the middle of the lane of travel; the truck did not have any lights on, and the driver, Ms. Numbers, had her head down and appeared to be "passed out." |

Prob12C
**Re: Numbers, Peggy Lynn**
**March 25, 2024**
**Page 2**

When officers were able to speak with the offender, she claimed that her vehicle had "died," and they noted the odor of alcohol. When asked how much alcohol she had consumed, Ms. Numbers stated that she "had a couple, two or three shots" earlier that evening with a meal.

2    **Mandatory Condition #1**:  You must not commit another federal, state or local crime.

**Supporting Evidence**: On March 24, 2024, Peggy Numbers allegedly violated mandatory condition number 1 by being arrested for Driving Under the Influence (DUI), in violation of R.C.W. 46.61.502 GM.

At approximately 10 p.m., on March 24, 2024, the offender was asked to participate in a number of field sobriety tests after she admitted consuming alcohol earlier in the evening. According to the information received, Ms. Numbers' performance during those tests suggested she was impaired.

The offender submitted to a voluntary, preliminary breath test (PBT), which revealed a blood alcohol content (BAC) of .000. In consideration of her admission and her performance during the field sobriety tests, Ms. Numbers was arrested for DUI.

A search warrant for blood evidence was requested and subsequently granted, and those results remain outstanding as of the writing of this report.

3    **Mandatory Condition #2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law.

**Supporting Evidence**: On March 24, 2024, Peggy Numbers allegedly violated mandatory condition number 2 by being in possession of a glass pipe coated with a white substance, believed to be methamphetamine.

On the evening of March 24, 2024, after being arrested for DUI, Peggy Numbers was searched incident to arrest. According to the information received from law enforcement, the offender began to struggle while being handcuffed and attempted to reach into her pocket. Officers located a small glass pipe in the front right pocket of her jacket, and the inside of the bowl of the pipe appeared to be coated with a white substance; based on their training and experience, the officers recognized the pipe as paraphernalia used for smoking methamphetamine.

The offender ultimately admitted that she had relapsed on methamphetamine.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    March 25, 2024

s/Amber M. K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

**Prob12C**
**Re: Numbers, Peggy Lynn**
**March 25, 2024**
**Page 3**

THE COURT ORDERS

[  ]   No Action
[X]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[  ]   Other

_____
Thomas O. Rice
United States District Judge
March 26, 2024
_____
Date